JUDGE JONES

07 CIV 9889

501-07/PJG/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUSTO SHIPPING S.A.,

                Plaintiff,

- against --

SITARA SHIPPING LIMITED,

07 CV

**RULE 7.1 STATEMENT**

                Defendant.
------------------------------------------------------------x

      Plaintiff GUSTO SHIPPING S.A. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 7, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff GUSTO SHIPPING S.A.

              By: _____
                           Peter J. Gutowski (PG 2200)
                           Pamela L. Schultz (PS 8675)
                           80 Pine Street
                           New York, NY 10005
                           (212) 425-1900
                           (212) 425-1901 fax

NYDOCS1/291419.1