UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUSTO SHIPPING S.A.

                   Plaintiff,

           -V-

SITARA SHIPPING LIMITED

                 Defendant.

**CERTIFICATE OF MAILING**

07 CV 9889 (BSJ)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND Day of January, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**8th Day of November, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**740 5070 632**

_____
                  CLERK

Dated: New York, NY

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.Δ
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*Δ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*Δ
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†Δ
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
ΔALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

# LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

January 22, 2008

Our ref:  501-07/PJG/PLS

## BY HAND

[Remainder of letter obscured by DHL waybill overlay]

---

DHL INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

Shipment barcode: 740 5070 632
7405070632

**1 Payer account number and shipment value protection details**
Charge to: ☑ Shipper ☐ Receiver ☐ 3rd Party
☐ Cash ☐ Check ☐ Credit Card
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)

**2 From (Shipper)**
Shipper's Account Number: 760514858
Contact Name: Pamela Schultz
Shipper's Reference (up to 35 characters): 501-07/PJG/PLS
Company Name: FREEHILL HOGAN & MAHAR
Address: PETER McCARTHY 24TH FLOOR
80 PINE ST FL 24
NEW YORK NY
Post/ZIP Code (required): 10005-1759
Phone, Fax, or E-mail (required): (212)425-1900

**3 To (Receiver)**
Company Name: Setara Shipping Limited
Contact Person:
Delivery Address DHL Cannot Deliver to a PO Box:
Esplanade School Bldg,
3rd floor, 160
D.N. Road, Fort Mumbai
Maharashtra
Country: India
Post/ZIP Code (required): 400 001
Phone, Fax, or E-mail (required):

**4 Shipment Details**
Total number of packages
Total Weight: lbs
Dimensions (in inches): Pieces / Length / Width / Height

**5 Full Description of Contents**
Give Content and Quantity
Legal Docs.

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $)

**7 Shipper's Authorization (signature required)**
Signature (required)          Date

**8 Products & Services**

DIMENSIONAL/CHARGEABLE WEIGHT: lbs

ORIGIN / DESTINATION CODE

DHL Express (USA), Inc. · 1200 South Pine Island Road, Plantation, Florida 33324 · Shipper's Copy