UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUSTO SHIPPING, S.A.,

    Plaintiff,

-against-

SITARA SHIPPING, LTD.,

    Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08

ORDER

07 Civ. 9889 (BSJ)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The plaintiff commenced this action by filing a complaint with the Clerk of Court on November 8, 2007. The docket sheet maintained by the Clerk of Court for this judicial district indicates that the defendant was served with the summons and complaint on January 22, 2008. However, the defendant has failed to answer the complaint or to move with respect to that pleading; moreover, the time for doing so has elapsed.

    The Court is mindful that the docket sheet does not indicate that the plaintiff has taken any action pursuant to Rule 55 of the Federal Rules of Civil Procedure or Rule 41 of the Federal Rules of Civil Procedure.

    Therefore, IT IS HEREBY ORDERED that, on or before June 20, 2008, the plaintiff shall review the provisions of the Federal Rules of Civil Procedure noted above and make such application to the court as it deems appropriate.

Dated: New York, New York
       May 23, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE