501-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff Gusto Shipping S.A.
80 Pine Street
New York, New York 10005
(212) 425-1900
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUSTO SHIPPING S.A.,

Plaintiff,

- against -

SITARA SHIPPING LIMITED,

Defendant.

---

07 CV 9889 (BSJ)

**LOCAL RULE 55.2**
**AFFIDAVIT OF PAMELA L. SCHULTZ**

STATE OF NEW YORK

COUNTY OF NEW YORK

1. I, PAMELA L. SCHULTZ, am an attorney admitted to practice before this Court and an associate at Freehill Hogan and Mahar, LLP. My office represents Plaintiff Gusto Shipping S.A. ("Gusto") in the captioned action which involves a maritime attachment pursuant to Supplemental Admiralty Rule B against Defendant Sitara Shipping Limited ("Sitara").

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Local Civil Rules for the Southern District of New York, in support of Plaintiff's application for a certificate of default against Defendant Sitara.

3. Defendant Sitara is a legal entity and is not an infant, in the military or an incompetent person, and as explained more fully below, Sitara has failed to plead or otherwise defend the action and the Summons and Verified Complaint to which no response has been made was properly served on Defendant Sitara.

4. This action was commenced on November 8, 2007, with the filing of a Verified Complaint seeking security pursuant to Supplemental Rule B for Gusto's claims against Sitara in connection with Sitara's chartering of the M/V GUSTO and failure to pay amounts due and owing under the charter party.

5. The claims of Gusto against Sitara were subject to London arbitration, and this action was commenced to obtain security by way of an order of attachment pursuant to Supplemental Admiralty Rule B.

6. The order of attachment and Process of Maritime Attachment and Garnishment ("PMAG") were issued, directing garnishees served with the PMAG to restrain assets of Sitara, up to and including, the amount of $90,175.87. A number of garnishee banks were served with the PMAG, and funds for the benefit of Sitara totaling $90,175.87 were restrained at BNP Paribas, Citibank and JPMorgan Chase. These funds remain under attachment, and to my knowledge are the only funds under restraint in this action.

7. The restraint of the funds described above gives rise to the Court's *quasi in rem* jurisdiction, and Plaintiff Gusto seeks a default judgment against Defendant Sitara up to and including the sum of $90,175.87 (the amount under attachment).

8. As set forth in the Clerk's Certificate of Mailing, the Summons and Complaint were served on January 22, 2008 in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii) (See, Exhibit A and ECF Doc. 5). As reflected on the docket sheet, the Summons and Verified Complaint were received by Sitara on February 25, 2008.

9. Plaintiff has complied with the notice requirements of Local Admiralty and Maritime Rule B.2 by giving notice to Defendant of the attachment after property of Defendant Sitara had been restrained by providing notice on the following dates: December 13, 2007;

December 14, 2007; December 18, 2007; and January 22, 2008. Additionally, and as noted in the preceding paragraph, Defendant was served with a copy of the Summons and Verified Complaint in January 22, 2008. (See Exhibit B and docket entry dated March 12, 2008).

10. Sitara has failed to plead or otherwise defend this action despite being properly served.

WHEREFORE, Plaintiff requests a certificate of entry of default by the Clerk pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rules 55.1 and 55.2(a).

DATED: New York, New York
June 16, 2008

PAMELA L. SCHULTZ

Sworn to before me
this 16 day of June 2008.

Notary Public

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009

NYDOCS1/306590.1

U.S. DISTRICT COURT FILED JAN 22 2008 S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTO SHIPPING S.A.

Plaintiff,

-V-

SITARA SHIPPING LIMITED

Defendant.

**CERTIFICATE OF MAILING**

07 CV 9889 (BSJ)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**22ND Day of January, 2008**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**8th Day of November, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

740 5070 632

J. Michael McMahon
CLERK

Dated: New York, NY

EXHIBIT
A

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.Δ
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*Δ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*Δ
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†Δ
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
ΔALSO ADMITTED IN WASHINGTON, D.C.
•ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

January 22, 2008

Our ref: 501-07/PJG/PLS

**BY HAND**

DHL — Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
INTERNATIONAL SHIPMENT WAYBILL (Non negotiable)
740 5070 632

ORIGIN | DESTINATION CODE

1 Payer account number and shipment value protection details
Charge to: ☑ Shipper ☐ Receiver ☐ 3rd Party ☐ Cash ☐ Check ☐ Credit Card
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
Not all payment options are available in all countries.

2 From (Shipper)
Shipper's Account Number: 761514858
Contact Name:
Shipper's Reference (up to 35 characters): 501-07/PJG/PLS
Company Name: FREEHILL HOGAN & MAHAR
Address: PETER MCCARTHY 28TH FLOOR, 80 PINE ST FL 28, NEW YORK NY
Post/ZIP Code (required): 100051759
Phone, Fax, or E-mail (required): (212)425-1900

3 To (Receiver)
Company Name: [handwritten]
Contact Person:
Delivery Address (DHL Cannot Deliver to a PO Box): [handwritten]
Country: [handwritten]
Post/ZIP Code (required): 400 001
Phone, Fax, or E-mail (required): [handwritten]

4 Shipment Details
Total number of packages | Total Weight (If DHL Express Document packaging used, enter XD) | Pieces | Dimensions (in inches) Length × Width × Height
lbs

5 Full Description of Contents
Give Content and Quantity: Legal Docs

6 Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other
The commodities, technology or software were exported from the U.S. in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

7 Shipper's Authorization (signature required)
Signature (required) | Date

8 Products & Services
☑ International Express Envelope
☐ Non Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options: ☐ Saturday Delivery ☐ Special Pickup ☐ Delivery Notification ☐ Signature Required
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL ☐ Dom. Priority ☐ Dom. Standard
Other

DIMENSIONAL/CHARGEABLE WEIGHT lbs
SERVICES | CHARGES
Drop Box # | TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No.:
Type | Expires
Auth.
PICKED UP BY
Route No.
Time | Date

DHL Express (USA), Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

**SCHULTZ, PAMELA L.**

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Wednesday, March 12, 2008 8:44 AM
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-09889-BSJ-KNF Gusto Shipping S.A. v. Sitara Shipping Limited Clerk Certificate of Mailing Received

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**United States District Court for the Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 3/12/2008 at 8:44 AM EDT and filed on 3/12/2008
**Case Name:** Gusto Shipping S.A. v. Sitara Shipping Limited
**Case Number:** 1:07-cv-9889
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Verified Complaint mailed to Sitara Shipping Limited on 2/22/2008 by DHL # 740 5070 632, RECEIVED ON: 2/25/2008. (wb)**

**1:07-cv-9889 Notice has been electronically mailed to:**

Peter Judge Gutowski Gutowski@freehill.com

Pamela Lynn Schultz schultz@freehill.com

**1:07-cv-9889 Notice has been delivered by other means to:**

EXHIBIT
tabbies
B

501-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff Gusto Shipping S.A.
80 Pine Street
New York, New York 10005
(212) 425-1900
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUSTO SHIPPING S.A.,

Plaintiff,

- against -

SITARA SHIPPING LIMITED,

Defendant.

---

07 CV 9889 (BSJ)

**CLERK'S CERTIFICATE OF DEFAULT**

I, J. Michael McMahon, Clerk of the United States District Court, Southern District of New York, do hereby certify that this action commenced on November 8, 2007, with the filing of a Summons and Verified Complaint, and that I have reviewed the Affidavit of Pamela L. Schultz dated June 16, 2008, and the docket entries in this case and confirm that Defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant pursuant to Federal Rule of Civil Procedure 55(a) is hereby noted.

DATED: New York, New York
June 16, 2008

J. Michael McMahon

J. Michael McMahon, Clerk of the United States District Court, Southern District of New York