501-07/PJG/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GUSTO SHIPPING S.A.,

                                07 CV 9889 (Jones)

                Plaintiff,

- against –

SITARA SHIPPING LIMITED,         **AFFIDAVIT OF SERVICE**
                Defendant.
-----------------------------------------------------------x
STATE OF NEW YORK    )
                       ) SS:
COUNTY OF NEW YORK  )

    PAMELA L. SCHULTZ, being duly sworn, deposes and says as follows:

    1. I am an attorney admitted to practice before this Court and am an associate of Freehill Hogan & Mahar, LLP. Our office represents Plaintiff Gusto Shipping S.A. ("Gusto") in the captioned action.

    2. I submit this Affidavit confirming that I served via e-mail on June 20, 2008 upon Manoj Khatri at manoj.khatri@psplawoffice.com the following documents in connection with Gusto's Motion for a Default Judgment: (a) Notice of Motion for Default Judgment against Defendant Sitara Shipping Limited ("Sitara"); (b) Schultz Affidavit in Support of the Motion for Default; (c) Declaration of Russell St. John Gardner; and (d) Memorandum of Law. I note that Mr. Khatri was the attorney who represented Sitara in the underlying arbitration proceedings for which awards were entered in Gusto's favor and remain unpaid.

NYDOCS1/307930.1

3. I know that Mr. Khatri received the e-mail because he responded via e-mail on June 23, 2008, advising that he no longer represented Sitara and that it had appointed another lawyer to represent Sitara in this matter and ask that we communicate further with that individual. That same day, Mr. Santosh Shetty sent me an e-mail on Monday, June 23, 2008 and confirmed that he represented Sitara.

4. The following day, June 24, 2008, I served via e-mail upon Mr. Shetty at shloks1@rediffmail.com the following documents in connection with Gusto's Motion for a Default Judgment: (a) Notice of Motion for Default Judgment against Sitara; (b) Schultz Affidavit in Support of the Motion for Default; (c) Declaration of Russell St. John Gardner; and (d) Memorandum of Law.

5. Based on all information I have, I believe that Sitara and its counsel has been notified of this matter, but has chosen to ignore these proceedings.

_____
PAMELA L. SCHULTZ

Sworn to before me
this 18 day of July, 2008.

_____
NOTARY PUBLIC

MELISSA COLFORD
Commissioner of Deeds
City of New York-No. 5-1692
Certificate Filed in New York
Commission Expires 4/1/10

NYDOCS1/307930.1